Muir *v.* Butler, and Walker *v.* Atwater.

Between JONATHAN F. MUIR, appellant, and THE NEW-
ARK SAVINGS INSTITUTION and ALFRED B. BUTLER, re-
spondents.

[Decided at June Term, 1863.]

*Zabriskie,* for appellant.

*Hubbell* and *Parker,* for respondents.

Opinion delivered by Justice ELMER.

The decree of the Chancellor was affirmed by the follow-
ing vote:

*For affirmance*—Judges BROWN, COMBS, CORNELISON, EL-
MER, FORT, HAINES, KENNEDY, OGDEN, VREDENBURGH,
WALES, WOOD—11.

*For reversal*—None.

Between FREDERICK W. WALKER, appellant, and JAMES C.
ATWATER, respondent.

[Decided at November Term, 1863.]

*Bradley,* for appellant.

*Zabriskie,* for respondent.

The decree of the Chancellor was affirmed by the follow-
ing vote:

*For affirmance* — Judges COMBS, CORNELISON, FORT,
HAINES, OGDEN, VAN DYKE, VREDENBURGH, WHELPLEY,
WALES, WOOD—10.

*For reversal*—None.